IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____

UNITED STATES,

    V.                                                    Crim. No. 08-167(RJL)

WILLIAM CORDOVA
        Defendant.

_____

DEFENDANT'S MOTION TO COMPEL DISCOVERY
OF GOVERNMENT DOCUMENTS

      Comes now Defendant WILLIAM CORDOVA, pursuant to Fed. R. Evid. 16(a)(1)(E)(i) and 16 (a)(1)(G) and moves this Court to compel the Government's disclosure of any document, to include any study, report, review, policy paper, information or training paper, prepared by or on behalf of any entity of the Department of Justice, which describes MS-13 to include its size, territory, membership, objective/s, command structure, methods, practices or history.

      Documents "material" to a defense under Rule 16 comprise those which are "significantly helpful to an understanding of important inculpatory or exculpatory evidence." *United States v. Liquid Sugars*, 158 F.R.D. 466, 471 (E.D. Cal. 1994).  In fact, "[t]he materiality burden typically 'is not a heavy burden' " in the context of a Rule 16 request.  *Id.* at 471, *quoting United States v. Jackson*, 850 F. Supp. 1481, 1503 (D. Kan. 1993).

      MS-13 is a relatively new phenomenon which appears to lack several of the characteristics normally associated with organized crime; an entrepreneurial motive to

1

name one. The documents sought are necessary to Defendant's evaluation and confrontation of Government evidence in support of its allegation that MS-13 constitutes a conspiracy or racketeering activity.

                                        Respectfully submitted,

                                    _____s_____
Thomas Abbenante #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539
Fax: 202-973-4499
tabbenante@aol.com