UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED SATES OF AMERICA          :


           v.                    :Crim. No. 08-CR-167(RJL)


WILLIAM CORDOVA                  :


**DEFENDANT WILLIAM CORDOVA'S MOTION TO ADOPT AND CONFORM MOTIONS OF THE CO-DEFENDANTS**

Comes Now Defendant, William Cordova, by and through counsel, Thomas Abbenante, in accordance with Rule 47 of the Federal Rules of Criminal Procedure, to respectfully request that this Honorable Court allow the defendant to adopt and join in all pertinent motions filed by the co-defendants which are not inconsistent with the positions he has or will take in this litigation. In support of this motion, defendant avers as follows:

WHEREFORE, the foregoing premises considered, defendant prays that this motion be granted.

Respectfully submitted,

Thomas Abbenante #227934
1919 Pennsylvania Avenue NW Suite 200
Washington, DC 20006
202-812-0590
tabbenante@aol.com