# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 08-CR-0167 (2) RJL |
| JOSE GUTIERREZ, | : |
| Defendant. | : |

## MOTION TO ADOPT MOTIONS
## FILED ON BEHALF OF CO-DEFENDANTS

JOSE GUTIERREZ, through his court-appointed attorney, Anthony D. Martin, moves to adopt the pre-trial, trial and post-trial motions of all co-defendants, unless he otherwise specifically opts out in writing or on the record in open court. This motion to adopt contemplates any and all relief sought by any co-defendants. As of this date, he adopts the Motion for Pre-Trial Determination of a RICO; Motion to Exclude Expert Testimony and Motion for Discovery filed by Mr. CORDOVA that on April 30th, 2010.

### *Prayer*

WHEREFORE, Defendant respectfully requests that the motion be granted and that he be permitted to join in the motions of his co-defendants' unless he specifically opts out in writing or on the record.

Respectfully submitted,

By:_____
GREENWAY CENTER OFFICE PARK
7501 Greenway Center Drive, Ste 460
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Motion for Discovery was sent electronically to the following individuals:

>Gilberto Guerrero, Jr.
>U.S. ATTORNEY'S OFFICE
>555 Fourth Street, NW
>Room 9846
>Washington, DC 20530
>(202) 514-7298
>Email: gilberto.guerrero@usdoj.gov
>
>Nihar Ranjan Mohanty
>U.S. ATTORNEY
>Narcotics Section
>555 Fourth Street, NW
>Room 4120
>Washington, DC 20530
>(202) 514-7395
>Email: nihar.mohanty@usdoj.gov

>/S/ Anthony D. Martin

Monday, May 03, 2010