UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-167-04 (RJL) |
| | : | |
| | : | |
| **MELVIN SORTO,** | : | |
| Defendant | : | |

**MOTION FOR LEAVE TO ADOPT AND CONFORM PRETRIAL MOTIONS
FILED ON BEHALF OF THE CODEFENDANTS**

The defendant, Melvin Sorto, through undersigned counsel, respectfully moves the Court, pursuant to Rule 12 of Federal Rules of Criminal Procedure, for leave to adopt and conform each pretrial motion and points and authorities filed on behalf of any of the codefendants that does not seek relief inconsistent with the relief already sought in the motions filed by the defendant.

The defendant submits that as the pretrial motions involve common issues among the codefendants, the interests of judicial economy will be served by allowing him to adopt the codefendants' motions and points and authorities as requested herein.

As the government has filed an Omnibus Response to Defendants' Pretrial Motions, it will not be prejudiced in any fashion by the granting of the defendant's request to adopt his codefendants' motions where applicable. The government has also indicated in its Omnibus Response to Pretrial Motions that it does not oppose the defendants' motions to adopt their codefendants' pretrial motions so long as they are similarly situated.

**WHEREFORE**, the defendant respectfully requests that this motion be granted.

              Respectfully Submitted,

              _____/S/_____
              Mitchell M. Seltzer
              D.C. Bar #261933
              Counsel for Melvin Sorto
              717 D Street, N.W.
              Suite # 310
              Washington, D.C. 20004
              (202) 347-2333

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Motion for Leave to Adopt and Conform Pretrial Motions was served electronically via ECF transmission upon government counsel and each codefendant counsel of record this __13th___ day of June, 2010.

              _____/S/_____
              Mitchell M. Seltzer