UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-167 (RJL) |
| v. | |
| WILLIAM CORDOVA,<br>also known as Centinella,<br>also known as Mario, | |
| JOSE GUTIERREZ,<br>also known Astuto,<br>also known as Marco, | |
| MELVIN SORTO,<br>also known as Killer,<br>also known Fantasma, | |
| Defendants. | |

FILED
DEC 0 8 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### WILLIAM CORDOVA

**Count One:** Conspiracy to Commit Violent Crimes in Aid of Racketeering Activity from on or about sometime in June 2006, and continuing thereafter up to and including July 2007.

        Guilty: ✓        Not Guilty: _____

**Count Two:** Murder of Edwin Ventura on or about April 22, 2007, in Aid of Racketeering Activity.

        Guilty: ✓        Not Guilty: _____

**Count Three**: Assault with a Dangerous Weapon of Nelson Maldonado on or about April 22, 2007, in Aid of Racketeering Activity.

    **Guilty**: ✓            **Not Guilty**: _____

**Count Four**: Illegal Alien in Possession of a Firearm in and around April 2007.

    **Guilty**: ✓            **Not Guilty**: _____

**Count Five**: Using, Carrying, and Possessing a Firearm, on or about April 22, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Two.

    **Guilty**: ✓            **Not Guilty**: _____

**Count Six**: Using, Carrying, and Possessing a Firearm, on or about April 22, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Three.

    **Guilty**: ✓            **Not Guilty**: _____

**Count Seven**: First Degree Murder (Premeditated) While Armed of Edwin Ventura on or about April 22, 2007.

    **Guilty**: ✓            **Not Guilty**: _____

If you find the defendant guilty of First Degree (Premeditated) Murder While Armed, do not consider the lesser included Second Degree Murder listed below.

If you find the defendant not guilty of First Degree Murder (Premeditated) While Armed, you may consider the lesser included offense of Second Degree Murder. With respect to the offense of Second Degree Murder of Edwin Ventura on or about April 22, 2007, we the Jury find the defendant:

    **Guilty**: ✓            **Not Guilty**: _____

**Count Eight**: Assault with Intent to Kill While Armed of Nelson Maldonado on or about April 22, 2007.

    **Guilty**: ✓            **Not Guilty**: _____

**Count Nine:** Possession of a Firearm During a Crime of Violence or Dangerous Offense, on or about April 22, 2007, as set forth and charged in Count 7.

**Guilty:** ✓        **Not Guilty:** _____

**Count Ten:** Maiming, of Feliciana Esquina-Flores, on or about June 1, 2007, in Aid of Racketeering Activity.

**Guilty:** ✓        **Not Guilty:** _____

**Count Eleven:** Threatening to Commit a Crime of Violence to Feliciana Esquina-Flores between on or about June 2006, and continuing through June 2007, in Aid of Racketeering Activity.

**Guilty:** ✓        **Not Guilty:** _____

**Count Twelve:** Illegal Alien in Possession of a Firearm in and around June 2007.

**Guilty:** ✓        **Not Guilty:** _____

**Count Thirteen:** Using, Carrying, and Possessing a Firearm, on or about June 1, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Ten.

**Guilty:** ✓        **Not Guilty:** _____

**Count Fourteen:** Using, Carrying, and Possessing a Firearm, on or about June 1, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Eleven.

**Guilty:** ✓        **Not Guilty:** _____

**Count Fifteen:** Assault with Intent to Kill While Armed of Feliciana Esquina-Flores on or about June 1, 2007.

   Guilty: ✓   Not Guilty: _____

**Count Sixteen:** Possession of a Firearm During a Crime of Violence or Dangerous Offense, on or about June 1, 2007, as set forth and charged in Count Fifteen.

   Guilty: ✓   Not Guilty: _____

**Count Seventeen:** Assault with a Dangerous Weapon of Dennis Diaz-Gutierrez on or about July 30, 2006, in Aid of Racketeering Activity.

   Guilty: ✓   Not Guilty: _____

**Count Eighteen:** Illegal Alien in Possession of a Firearm in and around July 2006.

   Guilty: ✓   Not Guilty: _____

**Count Nineteen:** Using, Carrying, and Possessing a Firearm, on or about July 30, 2006, During and in Relation to a Crime of Violence as set forth and charged in Count Seventeen.

   Guilty: ✓   Not Guilty: _____

12/07/2010
Date
12/07/2010