UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 08-167 (RJL) |
| v. : | |
| : | |
| WILLIAM CORDOVA, : | |
| also known as Centinella, : | |
| also known as Mario, : | |
| : | **FILED** |
| JOSE GUTIERREZ, : | |
| also known Astuto, : | DEC 0 8 2010 |
| also known as Marco, : | |
| : | Clerk, U.S. District & Bankruptcy |
| MELVIN SORTO, : | Courts for the District of Columbia |
| also known as Killer, : | |
| also known Fantasma, : | |
| : | |
| Defendants. : | |

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### MELVIN SORTO

**Count One**: Conspiracy to Commit Violent Crimes in Aid of Racketeering Activity from on or about sometime in June 2006, and continuing thereafter up to and including July 2007.

       Guilty: ✓               Not Guilty: _____

**Count Two**: Murder of Edwin Ventura on or about April 22, 2007, in Aid of Racketeering Activity.

       Guilty: ✓               Not Guilty: _____

**Count Three**: Assault with a Dangerous Weapon of Nelson Maldonado on or about April 22, 2007, in Aid of Racketeering Activity.

    **Guilty:** ✓        **Not Guilty:** _____

**Count Four**: Illegal Alien in Possession of a Firearm in and around April 2007.

    **Guilty:** ✓        **Not Guilty:** _____

**Count Five**: Using, Carrying, and Possessing a Firearm, on or about April 22, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Two.

    **Guilty:** ✓       **Not Guilty:** _____

**Count Six**: Using, Carrying, and Possessing a Firearm, on or about April 22, 2007, During and in Relation to a Crime of Violence as set forth and charged in Count Three.

    **Guilty:** ✓       **Not Guilty:** _____

**Count Seven**: First Degree Murder (Premeditated) While Armed of Edwin Ventura on or about April 22, 2007.

    **Guilty:** ✓       **Not Guilty:** _____

If you find the defendant guilty of First Degree (Premeditated) Murder While Armed, do not consider the lesser included Second Degree Murder listed below.

If you find the defendant not guilty of First Degree Murder (Premeditated) While Armed, you may consider the lesser included offense of Second Degree Murder. With respect to the offense of Second Degree Murder of Edwin Ventura on or about April 22, 2007, we the Jury find the defendant:

    w/s **Guilty:** N/A        **Not Guilty:** _____

**Count Eight**: Assault with Intent to Kill While Armed of Nelson Maldonado on or about April 22, 2007.

    **Guilty:** ✓       **Not Guilty:** _____

**Count Nine**:   Possession of a Firearm During a Crime of Violence or Dangerous Offense, on or about April 22, 2007, as set forth and charged in Count 7.

**Guilty:** ✓          **Not Guilty:** _____

_12/07/2010_
Date
  12/08/2010  [signature]