✎AO 245B    (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| MELVIN SORTO | Case Number:  08CR167-4 |
| | USM Number:  29397-016 |

**FILED**

**MAY 0 4 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MITCHELL SELTZER
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   1,2,3,4,5,6,7,8,9
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1959(a)(5) | CONSPIRACY TO COMMIT VIOLENT CRIMES IN AID OF RACKETEERING ACTIVITY. | 6/2007 | 1 |
| 18 USC 1959(a)(1) and 2 | MURDER IN AID OF RACKETEERING ACTIVITY AND AIDING AND ABETTING. | 4/2007 | 2 |

The defendant is sentenced as provided in pages 2 through ___13___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

APRIL 27, 2011
Date of Imposition of Judgment

_Signature of Judge_

RICHARD J. LEON                    U.S. DISTRICT JUDGE
Name of Judge                          Title of Judge

5/4/11
Date

AO 245B    (Rev 06/05) Judgment in a Criminal Case
            Sheet 1A

| | Judgment—Page | 2 | of | 9 |

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC 1959(a)(3) and 2 | ASSAULT WITH A DANGEROUS WEAPON IN AID OF RACKETEERING AND AIDING AND ABETTING. | 4/2007 | 3 |
| 18 USC 922 (g)(5)(A) | ILLEGAL ALIEN IN POSSESSION OF A FIREARM. | 4/2007 | 4 |
| 18 USC 2 AND 924(c)(1)(A)(iii),(C)(1) and (D) | USING CARRYING, AND POSSESSION OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE AND AIDING AND ABETTING. | 4/2007 | 5 & 6 |
| 22 DCC 401,4502, AND 1805 | FIRST DEGREE MURDER WHILE ARMED AND AIDING AND ABETTING. | 4/2007 | 7 |
| 22 DCC 401, 4502 AND 1805 | ASSAULT WITH INTENT TO KILL WHILE ARMED AND AIDING AND ABETTING. | 4/2007 | 8 |
| 22 DCC 4504(b) | POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE OR DANGEROUS OFFENSE | 4/2007 | 9 |

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT: MELVIN SORTO
CASE NUMBER: 08CR167-4

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:

LIFE on Count 2; Sixty (60) Months on Count 9; Ninety (90) Months on Count 8; One Hundred and Twenty (120) Months on
Counts 1,4,5; Two Hundred and Forty (240) Months on Count 3; Three Hundred (300) Hundred Months on Counts 6,7.
Sentences on Counts 1,5,6, are to run consecutively with each other and consecutively to Count 2.  (continued on next page)

☑  The court makes the following recommendations to the Bureau of Prisons:

CLOSE TO FAMILY IN WASHINGTON, DC AS POSSIBLE.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.   on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 2A — Imprisonment

Judgment—Page  4  of  13

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

## ADDITIONAL IMPRISONMENT TERMS

Sentences on Counts 3, 4 , 7, 8, 9 are to run concurrently with each other and concurrently with Counts, 1, 2, 5,6.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

| | Judgment—Page | 5 | of | 13 |
|---|---|---|---|---|

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Supervised Release: Sixty (60) Months on Counts 2,5,6,7,8; Thirty Six (36) Months on Counts 1,3,4,9. Supervised Release Terms are concurrent.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B      (Rev. 06/05) Judgment in a Criminal Case
             Sheet 3A — Supervised Release

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

# ADDITIONAL SUPERVISED RELEASE TERMS

THE COURT FINDS THAT DEFENDANT DOES NOT HAVE THE ABILITY TO PAY AND WAIVES THE IMPOSITION OF A FINE IN THIS CASE.

SPECIAL ASSESSMENTS ON COUNTS FOR A TOTAL OF $900.00.  COUNTS - 1,2,3,4,5,6. PAYABLE IMMEDIATELY TO THE CLERK, U.S. DISTRICT COURT FOR DISTRICT COURT IN THE AMOUNT OF  $600.00.  and $300.00  IS PAYABLE to the Clerk, D.C. Superior Court on Counts  - 7,8,9.   to the CRIMINAL FINANCE OFFICE, ROOM 4203, DC SUPERIOR COURT, 500 INDIANA AVENUE, NW, WASHINGTON, DC, FOR DEPOSIT INTO THE CRIME VICTIMS COMPENSATION FUND.

 WITHIN 30 DAYS OF ANY CHANGE OF ADDRESS, DEFENDANT SHALL NOTIFY THE CLERK OF THE COURT OF THE CHANGE UNTIL SUCH TIMES AS THE FINANCIAL OBLIGATION IS PAID IN FULL. THE COURT WAIVES ANY INTEREST OR PENALTIES THAT MAY ACCRUE ON UNPAID BALANCES. DEFENDANT SHALL MAKE PAYMENTSS ON THE RESTITUTION AND SPECIAL ASSESSMENTS THROUGH DEFENDANT'S PARTICIPATION IN THE BUREAU OF PRISONS' INMATE FINANCIAL RESPONSIBILTY PROGRAM.

DNA SAMPLE  REQUIREMENT - PURSUANT TO 42 USC 14135a, FOR ALL FELONY OFFENSES, DEFENDANT SHALL SUBMIT TO THE COLLECTION AND USE OF DNA IDENTIFICATION INFORMATION WHILE INCACERATED IN THE BUREAU OF PRISONS, OR AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

RESTITUTION OBLIGATION - DEFENDANT SHALL PAY THE BALANCE OF ANY RESTITUTION OWED AT A RATE OF NO LESS THAN $50.00 EACH MONTH AND PROVIDE VERIFICATION OF SAME TO THE U.S. PROBATION OFFICE.

DEPORTATION COMPLIANCE - DEFENDANT SHALL COMPLY WITH THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT'S IMMIGRATION PROCESS. IF DEPORTED, DEFENDANT SHALL NOT RE-ENTER THE UNITE STATES WITHOUT LEGAL AUTHORIZATION DURING THE PERIOD OF SUPERVISION. SHOULD DEFENDANT RECEIVE PERMISSION TO RETURN TO THE UNITED STATES, DEFENDANT SHALL REPORT TO THE US PROBATION OFFICE IN THE AREA WHERE DEFENDANT INTENDS TO RESIDE WITHIN 72 HOURS OF DEFENDANT'S RETURN.

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT AND/OR JUDGMENT AND COMMITMENT ORDER TO THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) TO FACILITATE ANY DEPORTATION PROCEEDINGS.

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT TO ALL APPROPRIATE AGENCIES IN ORDER TO EXECUTE THE SENTENCE OF THIS COURT.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| Judgment — Page | 7 | of | 13 |
| --- | --- | --- | --- |

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

## CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Restitution** |
| --- | --- | --- | --- |
| **TOTALS** | $  900.00 | $  WAIVED | $  TBD |

☑  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case* (AO 245C)  will  be  entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $            0.00 | $            0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 5A — Criminal Monetary Penalties

Judgment—Page  8  of  13

DEFENDANT:  MELVIN SORTO
CASE NUMBER:  08CR167-4

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

THE COURT FINDS THAT DEFENDANT DOES NOT HAVE THE ABILITY TO PAY AND WAIVES THE IMPOSITION OF A FINE IN THIS CASE.

SPECIAL ASSESSMENTS ON COUNTS  - 1,2,3,4,5,6. PAYABLE IMMEDIATELY TO THE CLERK, U.S. DISTRICT COURT FOR DISTRICT COURT IN THE AMOUNT OF  $600.00 is payable to the Clerk, U.S. District Court for D.C. and $300.00 is payable to the Clerk, D.C. Superior Court on Counts 7,8,9.  for a total of $900.00 to the CRIMINAL FINANCE OFFICE, ROOM 4203, DC SUPERIOR COURT, 500 INDIANA AVENUE, NW, WASHINGTON, DC, FOR DEPOSIT INTO THE CRIME VICTIMS COMPENSATION FUND.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

| | Judgment — Page | 9 | of | 13 |

DEFENDANT: MELVIN SORTO
CASE NUMBER: 08CR167-4

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑  Lump sum payment of $ _____ due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

      SPECIAL ASSESSMENTS ON COUNTS  - 1,2,3,4,5,6. PAYABLE IMMEDIATELY TO THE CLERK, U.S.
      DISTRICT COURT FOR DISTRICT COURT IN THE AMOUNT OF  $600.00 is payable to the Clerk, U.S. District
      Court for D.C. and $300.00 is payable to the Clerk, D.C. Superior Court on Counts 7,8,9. for a total of $900.00 to
      the CRIMINAL FINANCE OFFICE, ROOM 4203, DC SUPERIOR COURT, 500 INDIANA AVENUE, NW,
      WASHINGTON, DC, FOR DEPOSIT INTO THE CRIME VICTIMS COMPENSATION FUND.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.