THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
           Plaintiff, :
:
v. :   Criminal Number.:08-0167 (RJL)
:
JOSE GUTIERREZ, :
:
           Defendant. :
_____ :

**ORDER**

This matter is before the Court on a motion filed by JOSE GUTIERREZ. He seeks an order lifting the protective order related to discovery given to trial defense counsel. After having reviewed the record of trial, the motion and the Government's opposition thereto IT APPEARS THAT GOOD CAUSE FOR THE RELEIF REQUESTED HAS BEEN SHOWN.

WHEREFORE, IT IS ORDERED this _6th_ day of November, 2011 that the clerk will make an entry on the docket sheet noting the lifting and rescission of the protective order.

_____
JUDGE

Gilberto Guerrero, Jr.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
Email: gilberto.guerrero@usdoj.gov

Nihar Ranjan Mohanty
U.S. ATTORNEY'OFFICE
Narcotics Section
555 Fourth Street, NW
Washington, DC 20530
Email: nihar.mohanty@usdoj.gov